# MADERO DAIRY SYSTEMS, INC.

Carr. No. 2, Km. 96.6 Marginal
Bo. Cocos, Quebradillas, P.R.
P.O. Box 250
Boquerón, PR. 00622

Tel./Fax. (787) 895-1490
Ventas / Servicio
787-383-5173
787-615-5173
e.mail: joseiriz@coqui.net

09967

Nombre: _Ivan Martinez_          Fecha: _9/11/12_

Dirección : _____          Tel. _____

| CANT. | DESCRIPCION | PRECIO POR UNIDAD | TOTAL |
|-------|-------------|-------------------|-------|
| 1 | Collares / expel | | 1600.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | IMPUESTO ESTATAL |
| | | | IMPUESTO MUNICIPAL |
| | | TOTAL | 1600.00 |
| | | DEPOSITO | |
| | | BALANCE | |

Yo, _____, revendedor o representante autorizado de
certifico que compré las partidas tributables aquí indicadas libres de pago del IVU por ser para la reventa,
manufactura o por otra razón indicada en el Modelo SC 2916 del Departamento de Hacienda.

Firma _____          Fecha _____

• Cuentas sobre 30 días llenan 1.5% de cargo mensual.
• No se acepta devolución de mercancía correctamente despachada.
• Cheques devueltos llenan un cargo de $20.00.
• Por esto Pagaré mé(nos) comprometo(emos) a pagar incondicionalmente a la orden de
  MADERO DAIRY SYSTEMS, INC. la cantidad de esta factura a más tardar 30 días luego de
  recibida la mercancía.

_____          _____
Nombre de quién recibe          Firma de Aceptación

Agricola S & B, Inc.
Hc-6, Box 61623
Carr. #119, Km 9.2 Int.
Camuy, PR 00627-9028

Voice:   (787) 898-2021
Fax:     (787) 820-3511

## Statement

Statement Date:
Dec 3, 2012

Customer Account ID:
IMT

Account Of: Ivan F. Martinez Torres
Hc-05, Box 27133
Camuy, PR 00627

Amount Enclosed
$ _____

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|------|----------|-----------|------|-------------|--------|---------|
| 8/6/12 | 9/5/12 | 6583 | | | 110.00 | 110.00 |
| 9/27/12 | 10/27/12 | 6744 | | | 100.00 | 210.00 |
| 10/10/12 | 11/9/12 | 6763 | | | 150.00 | 360.00 |
| | | | | Total | | 360.00 |

| 0-30 | 31-60 | 61-90 | Over 90 days |
|------|-------|-------|--------------|
| 150.00 | 100.00 | 110.00 | 0.00 |

# Agrícola S&B, Inc.

HC-6 Box 61623, Camuy, P.R. 00627
Tel. 787-898-2021

## FACTURA
## N° 0703

Vendido a: _____

Fecha _____

| ORDEN | | CLIENTE | VENDEDOR | | |
|---|---|---|---|---|---|
| CANTIDAD | CODIGO | DESCRIPCION | | PRECIO | TOTAL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TOTAL ▶**

Firma _____

TERMINOS: Sobre el balance en exceso de 30 días, se cobrará el 1% de interés mensual o cualquier suma menor o mayor permitida por ley. De ser necesario acudir a la vía judicial para el cobro de esta venta, el cliente acepta pagar un 25% adicional por concepto de gestiones de cobro o $1,500.00 lo que sea mayor más las costas, y acepta que el tribunal competente para atender dicha reclamación sea el tribunal de Primera Instancia, Centro Judicial de Arecibo. De ser necesario recurrir a trámites de ejecución de sentencia, el cliente pagará además los gastos que conlleven dichas gestiones, los cuales se estipulan en no menos de $500.00.

## CERTIFICACION DE COMPRAS EXENTAS

Certifico que  Mi NRC es: ⬚⬚⬚⬚⬚⬚⬚⬚⬚ - ⬚⬚

Soy  ☐ Revendedor  ☑ Agricultor Bonafide  ☐ Gobierno ELA  ☐ Planta Manufacturera

Estoy exento del pago del IVU en los bienes comprados

Nombre _____     Firma _____

# Agrícola S&B, Inc.

HC-6 Box 61623, Camuy, P.R. 00627
Tel. 787-898-2021

Vendido a: _Juan Martínez_
_Cayey P.R._

**FACTURA**
**Nº 6744**

Fecha _31 Sept. 12_

| ORDEN | | CLIENTE | | VENDEDOR | |
|---|---|---|---|---|---|
| CANTIDAD | CODIGO | DESCRIPCION | | PRECIO | TOTAL |
| 20 | 9/20/13 | Pollos | | 5.00 | 100.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**TOTAL ▶** 100.00

_Firma_

TERMINOS: Sobre el balance en exceso de 30 días. Esta factura vence a los 30 días, necesario acudir a la vía judicial para el cobro de esta venta, el cliente acepta pagar un 25% adicional por concepto de gestiones de cobro o $1,500.00 lo que sea mayor más las costas, y acepta que el tribunal competente para atender dicha reclamación sea el tribunal de Primera Instancia, Centro Judicial de Arecibo. De ser necesario recurrir a trámites de ejecución de sentencia, el cliente pagará además los gastos que conlleven dichas gestiones, los cuales se estipulan en no menos de $500.00.

## CERTIFICACION DE COMPRAS EXENTAS

Certifico que Mi NRC es: ☐☐☐☐☐☐☐☐☐ - ☐☐ - ☐☐☐

Soy  ☐ Revendedor  ☐ Agricultor Bonafide  ☐ Gobierno ELA  ☐ Planta Manufacturera

Estoy exento del pago del IVU en los bienes comprados

Nombre _____  Firma _____

# Agrícola S&B, Inc.

HC-6 Box 61623, Camuy, P.R. 00627
Tel. 787-898-2021

## FACTURA
## Nº 0333

Vendido a:

Fecha: 1o de Agosto 2012

| ORDEN | | CLIENTE | | VENDEDOR | |
|---|---|---|---|---|---|
| CANTIDAD | CODIGO | DESCRIPCION | | PRECIO | TOTAL |
| 20 | 710-7173 | Rolex | | $5.50 | $110.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL ▶ | | $110.00 |

Firma

TERMINOS: Sobre el balance en exceso de 30 días, se cobrará el 1% de interés mensual o cualquier suma menor o mayor permitida por ley. De ser necesario acudir a la vía judicial para el cobro de esta venta, el cliente acepta pagar un 25% adicional por concepto de gestiones de cobro o $1,500.00 lo que sea mayor más las costas, y acepta que el tribunal competente para atender dicha reclamación sea el tribunal de Primera Instancia, Centro Judicial de Arecibo. De ser necesario recurrir a trámites de ejecución de sentencia, el cliente pagará además los gastos que conlleven dichas gestiones, los cuales se estipulan en no menos de $500.00.

## CERTIFICACION DE COMPRAS EXENTAS

Certifico que  Mi NRC es: [_____] - [____]

Soy  ☐ Revendedor   ☒ Agricultor Bonafide   ☐ Gobierno ELA   ☐ Planta Manufacturera

Estoy exento del pago del IVU en los bienes comprados

Nombre _____     Firma _____



STATEMENT—REMITTANCE COPY—RETURN WITH YOUR PAYMENT

Remit In Enclosed Envelope To:

ABS GLOBAL, INC.
BOX 22144 NETWORK PLACE
CHICAGO IL 60673-1221

| Amount Enclosed $ | |
|---|---|
| Balance Due By 07/25/12 | $6,780.00 |

| Statement Date | 06/30/12 |
| Customer Number | 43003605 |
| Reg./Dist. | 421 |

IVAN MARTINEZ
HC5 BOX 27133
CAMUY PR 00627
Puerto Rico

14

STATEMENT OF ACCOUNT - DETACH AND RETAIN

Send payments to:

ABS GLOBAL, INC.
BOX 22144 NETWORK PLACE
CHICAGO IL 60673-1221

Please send all wire payments using the following information:

JPMorgan Chase
Madison, Wisconsin
ABA # 021000021
Swift # CHASUS33
Acct # 627781438

| Statement Date | 06/30/12 |
| Customer Number | 43003605 |
| Page | 1 |

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | 6,510.00 |
| Payments Received | 0.00 |
| Current Month Activity | 270.00 |
| | |
| Account Balance | 6,780.00 |

ACCOUNT AGING / DAYS PAST DUE

| DEFERRED | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | |
|---|---|---|---|---|---|---|
| 0.00 | 270.00 | 1,380.00 | 910.00 | 990.00 | 3,230.00 | 07/25/12 |
| | | | | | | 6,780.00 |
| | | | | | | Balance Due |

* Payments received after the due date may not be reflected on this statement

BILLING INQUIRIES
Send inquiries (not payments)
ABS GLOBAL, INC.

CUSTOMER SERVICE
For account information
call 1-800-ABS-STUD (227-7883)

IVAN MARTINEZ
HC5 BOX 27133
CAMUY PR 00627
Puerto Rico

ABS GLOBAL, INC.

Page                2 of 2
Statement Date      06/30/12
Customer Number     43003805
Reg./Dist.          421

| Order Number | Order Date | Invoice Date | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 10386868 | 06/12/12 | 06/18/12 | 29HO13401  CHARIOT,62774511 RALMA-SHOTTLE CHARIOT- | 10 | 5.00 | 50.00 |
| 10386868 | 06/12/12 | 06/18/12 | 29HO13494  GRANDMASTER,62617946 DE-SU GRANDMASTER | 10 | 5.00 | 50.00 |
| 10386868 | 06/12/12 | 06/18/12 | 29HO13854  BURST, 64555959 RHODMAN-WA BURST | 20 | 6.00 | 120.00 |
| 10386868 | 06/12/12 | 06/18/12 | 29HO13799  VENTURA,62617976 DE-SU VENTURA-ET | 10 | 5.00 | 50.00 |

SF  Order Total    270.00

Customer PO: 104002

Total Current Month Activity :..............    $270.00

ABS Global Inc.
PO Box 459
Deforest, WI 53532

Victor Soto
Representante
(787) 245-0624

NO. 104002

Fecha: _____

Name: _____ Dairy Michael Tirado

Address: _____ Comiey PR

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 10 | 29H2904  Spirit | $ 5 | $ 50 |
| 10 | 29H13999  Continenta | $ 5 | $ 50 |
| 10 | 29H2999  Gaskins | $ 5 | $ 50 |
| 20 | 29H3854  Basil | $ 6 | $ 120 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TAX | |
| | | TOTAL | $ 270 |

Received by: _____



STATEMENT—REMITTANCE COPY—RETURN WITH YOUR PAYMENT

Remit In Enclosed Envelope To:

ABS GLOBAL, INC.
BOX 22144 NETWORK PLACE
CHICAGO IL 60673-1221

| | Amount Enclosed $ |
|---|---|
| Balance Due By 08/25/12 | $6,680.00 |

**Statement Date** 07/31/12
**Customer Number** 43003805
**Reg./Dist.** 421

IVAN MARTINEZ
HC5 BOX 27133
CAMUY PR 00627
Puerto Rico

13

STATEMENT OF ACCOUNT - DETACH AND RETAIN

Send payments to:

ABS GLOBAL, INC.
BOX 22144 NETWORK PLACE
CHICAGO IL 60673-1221

Please send all wire payments using the following information:

JPMorgan Chase
Madison, Wisconsin
ABA.# 021000021
Swift # CHASUS33
Acct # 627781438

**Statement Date** 07/31/12
**Customer Number** 43003805
**Page** 1

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | 6,780.00 |
| Payments Received | -1,060.00 |
| Current Month Activity | 860.00 |
| Account Balance | 6,680.00 |

**ACCOUNT AGING / DAYS PAST DUE**

| DEFERRED | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | 08/25/12 | |
|---|---|---|---|---|---|---|---|
| 0.00 | 860.00 | 270.00 | 1,380.00 | 910.00 | 3,160.00 | 6,680.00 | Balance Due |

| Payments Received Date | Receipt Number | Receipt Amount | |
|---|---|---|---|
| 07/09/12 | 2087 | 1,060.00 | Payment Received - Thank You |

* Payments received after the due date may not be reflected on this statement

CUSTOMER SERVICE
For account information
call:1-800-ABS-STUD (227-7883)

BILLING INQUIRIES
Send inquiries (not payments)
ABS GLOBAL, INC.

IVAN MARTINEZ
HC3 BOX 27133
CAMUY PR 00627
Puerto Rico

ABS GLOBAL, INC.

Page                    2 of 2
Statement Date          07/31/12
Customer Number         43003685
Reg./Dist.              421

| Order Number | Order Date | Invoice Date | Item Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 10393064 | 07/11/12 | 07/17/12 | 29HO16251 DEAN,140699366 RONELEE SUPER DEAN-ET | 10 | 9.00 | 90.00 |
| 10393064 | 07/11/12 | 07/17/12 | 29HO16378 DUBLIN,141092513 RONELEE DUBLIN-ET | 10 | 9.00 | 90.00 |
| 10393064 | 07/11/12 | 07/17/12 | 29HO13494 GRANDMASTER,62617946 DE-SU GRANDMASTER | 40 | 5.00 | 200.00 |
| 10393064 | 07/11/12 | 07/17/12 | 29HO13401 CHARIOT,62774511 RALMA SHOTTLE CHARIOT- | 30 | 5.00 | 150.00 |
| 10393064 | 07/11/12 | 07/17/12 | 29HO13854 BURST, 64556559 RHOMAN-WAI BURST | 30 | 6.00 | 180.00 |
| 10393064 | 07/11/12 | 07/17/12 | 29HO13799 VENTURA,62617976 DE-SU VENTURA-ET | 30 | 5.00 | 150.00 |

Customer PO: 104991

SF  Order Total         860.00

Total Current Month Activity :          $860.00





**FEDERACION DE ASOCIACIONES PECUARIAS DE P.R., INC.**

P.O. Box 2836 - MALECON - ZONA PORTUARIA
MAYAGUEZ, PR 00681
TEL.. 834-9191

04- 04771

CHEQUE ☐  EFECTIVO ☐  CUENTA No. 116-355

RECIBIMOS DE _Tito Juan Mtz Burgos_

LA CANTIDAD DE _Ocho mil ciento_ de _28_ _Dic_ _20_12_

$ 8,190.43 /100

Pag: _____

**FEDERACION DE ASOC. PECUARIAS DE P.R., INC.**

Por: _____

| FACTURA | IMPORTE | 1 ADJ. | 2 DESC. | NETO | OBSERVACIONES |
|---|---|---|---|---|---|
| 452946 | 6,010.97 | (23) | 232.13 | 5,778.84 | (Dic) 12/26/12 20 |
| 457919 | 2,487.76 | (1) | 96.17 | 2,391.59 | (Dic) 12/26/12 12 |
| | | | | | 2 |
| | | | | | 1 |
| | | | | | 2 |
| | | | | | 1 |
| | | | | | 2 |
| | | | | | 1 |
| | | | | | 2 |
| | | | | | 1 |
| | | | | | 2 |
| TOTAL | | | 328.30 | 8,190.43 | 2 12/28/12  Ck. Núm. 2957 |

_Tito Juan Mtz Torr_
Nombre del Cliente - Letra de Molde

CLIENTE

Firma del Cliente

Recibo Procesado por: _____  Fecha: _28_ _Dic_ _20/2_

# FEDERACION DE ASOCIACIONES PECUARIAS DE P.R., INC.

PO BOX 2835
MAYAGUEZ, PR 00681-2835
TELEFONOS:
• MAYAGUEZ 834-9191
• 1-800-981-2104
FAX • (787) 833-1055

## FACTURA

| ORDEN NUM. | FECHA |
|---|---|
| C597330 | 12/20/2012 |

| NUM. DE SOCIO | VENDEDOR | CHOFER | CAMION |
|---|---|---|---|
| 116-39500 | 4 | 13 | 4 |

| ZONA | | | |
|---|---|---|---|
| 03- 690 | | | |

VENDIDO Y ENTREGADO A:

IVAN FDO. MARTINEZ TORRES
HC 05 BOX 27133
CAMUY          PR    00627

FACTURA NUM.
452947

| REGISTRO COMERCIANTE 019950900010 |
|---|
| NAICS............... 112120 |
| ACTIVIDAD COMERCIAL. |
| AGRICULTOR BONA FIDE |

| POR ORDEN DE | IMPORTE |
|---|---|
| 11-10-23 | |

| CODIGO PRODUCTO | DESCRIPCION | LOTE | CANTIDAD | UNIDAD | PRECIO | IMPORTE |
|---|---|---|---|---|---|---|
| 962220 | 1BX DAIRY WINTER SUPREME BC   4 | 91718 | 121.00 | QQ | 19.87 | 2,404.27 |
| | ALIMENTOS DE FEDERACION | | | | | |
| | TRATADOS CON INHIBIDOR DE HONGOS | | | | | |
| | (ACIDO PROPIONICO) | | | | | |
| | | | | | | |
| C  759  SUB-TOTAL ALIMENTOS | | | 121.00 | QUINTALES | | 2,404.27 |

Certificacion del Agricultor bona fide

CERTIFICACION DEL COMPRADOR
Declaro bajo penalidad de perjurio que todos los articulos tributables
adquiridos en esta factura para las cuales tengo derecho a exencion
o exclusion, seran utilizado unica y exclusivamente para mi negocio
agricola; pero si luego las uso o consumo para fines no exentos, informare
y pagare el impuesto sobre el uso directamente al Departamento de Hacienda.
Ent CUARTO
Favor verificar recibo de mercancia antes de firmar factura.

DUEÑO CAMION ⬦ ABIDAN SANTIAGO ROSA

LA SIGUIENTE TABLA LE AYUDARA A ACOGERSE AL DESCUENTO POR PRONTO PAGO QUE MAS LE CONVENGA DE
ACUERDO CON LA FECHA DEL PAGO.

| | | | | IMPORTE UNIDO DE DESCUENTOS A SOCIOS | | $ | 2,404.27 |
|---|---|---|---|---|---|---|---|

| TABLA DE DESCUENTO: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Partir de | junio | 9 | 2010 | 2010 | todo | CHEQUE | DEV. | tendra un cargo de | 15.00 |
| SI PAGA PARA ESTA FECHA | | | 173 | | 173 | | | | | 30 DIAS NETO |
| TIENE UN DESCUENTO EN % EN | 171 | | | | | | | | | |
| DEL IMPORTE ARRIBA | | | | | | | | | | 2,404.27 |
| Y SE ECONOMIZA | | | | | | | | | | 2,404.27 |
| PARA UN NETO DE | | | | | | | | | | 2,404.27 |
| PAGA POR ACARREO | | | | | | | | | | 83.49 |
| OTROS | | | | | | | | | | |
| PAGUE ESTE IMPORTE | | | | | | | | | | -2,487.76 |

| COMPARTIMIENTO CAMION | RECINTO NUM. | | | | | | | | | CONTROL NUMERO |
|---|---|---|---|---|---|---|---|---|---|---|
| | 171 | 173 | 173 | 174 | 175 | 176 | 177 | | | 378642 |

# FEDERACION DE ASOCIACIONES PECUARIAS DE P.R., INC.

CONDUCE

PO BOX 2635
MAYAGUEZ, PR 00681-2635
TELEFONOS:
• MAYAGUEZ 834-9191
• 1-800-981-2104
FAX • (787) 833-1055

| NUM. DE SOCIO | VENDEDOR | CHOFER | CAMION | ORDEN NUM. | FECHA |
|---|---|---|---|---|---|
| | | | | | |

ZONA

VENDIDO Y ENTREGADO A

POR CONCEPTO DE:

| RENGLON | DESCRIPCION | LOTE | CANTIDAD | UNIDAD | PRECIO UNITARIO | IMPORTE |
|---|---|---|---|---|---|---|
| | ALIMENTOS DE FEDERACION TRATADOS CON INHIBIDOR DE HONGOS (ACIDO PROPIONICO) | | | | | |

IMPORTE LUEGO DE DESCUENTOS A SOCIOS

LA SIGUIENTE TABLA LE AYUDARA A ACOGERSE AL DESCUENTO POR PRONTO PAGO QUE MAS LE CONVENGA DE
ACUERDO CON LA FECHA DEL PAGO.

**TABLA DE DESCUENTO:**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| SI PAGA PARA ESTA FECHA | | | | | | | | | | |
| TIENE UN DESCUENTO EN % EN | | | | | | | | | | |
| DEL IMPORTE ARRIBA | | | | | | | | | | |
| Y SE ECONOMIZA | | | | | | | | | | |
| PARA UN NETO DE | | | | | | | | | | |
| MAS PAGO POR ACARREO | | | | | | | | | | |
| OTROS | | | | | | | | | | |
| PAGUE ESTE IMPORTE | | | | | | | | | | |

DUEÑO CAMION

COMPARTIMIENTO

PRECINTO NUM.

CONTROL NUMERO

378642

FEDERACION DE ASOCIACIONES PECUARIAS
DE P. R., INC.
P.O. BOX 2835
MALECON - ZONA PORTUARIA
MAYAGUEZ, P. R. 00681

Tels.: 787-834-9191
Fax: 787-833-1055
Telex: FAPPRI: 3452083

NO.

COMMODITY _____

FROM _____

TO _____

ADDRESS _____

REMARKS _____

LOAD NO. _____

WEIGHT BY _____

DATE          TIME

DATE          TIME

DRIVER     ON [ ]     OFF [ ]

# FEDERACION DE ASOCIACIONES PECUARIAS DE PR., INC.

PO BOX 2835
MAYAGUEZ, PR 00681-2835
TELEFONOS: • MAYAGUEZ 834-9191
• 1-800-981-2104
FAX • (787) 833-1055

## FACTURA

| NUM. DE SOCIO | VENDEDOR | CHOFER | CAMION | | ORDEN NUM. | FECHA |
|---|---|---|---|---|---|---|
| 116-39500 | 4 | 13 | 4 | | C597329 | 12/20/2012 |

ZONA

VENDIDO Y ENVIADO A: | POR CONTADOR DE:

| TARJETA NUM. | | | ORDEN NUM. |
|---|---|---|---|

03- 690    IVAN FCO. MARTINEZ TORRES
            HC 05 BOX 27133
452946      CAMUY              PR   00627

REGISTRO COMERCIANTE 019950900010
NAICS................  112120
ACTIVIDAD COMERCIAL.
AGRICULTOR BONA FIDE

10:57:57

| NUMERO DE PRODUCTO | DESCRIPCION | NOTA | CANTIDAD | UNIDAD | PRECIO POR UNIDAD | IMPORTE |
|---|---|---|---|---|---|---|
| 236810 | 16% TEXT H.E. W/COTTON/BUFFER 4 | | 301.00 | QQ | 19.28 | 5,803.28 |
| | ALIMENTOS DE FEDERACION TRATADO CON INHIBIDOR DE HONGOS (APLICA PRECIO UNICO) | | | | | |
| C  759 | SUB-TOTAL ALIMENTOS | | 301.00 | QUINTALES | | 5,803.28 |
| | del Agricultor bona fide | | | | | |

Certificación del COMPRADOR

Declaro bajo penalidad de perjurio que todos los artículos tributables
adquiridos en esta factura para las cuales tengo derecho a exención
o exclusión, serán utilizado única y exclusivamente para mi negocio
agrícola; pero si luego las uso o consumo para fines no exentos, informaré
y pagaré el impuesto sobre el uso directamente al Departamento de Hacienda.
Ent CUARTO
Favor verificar recibo de mercancia antes de firmar factura.

IMPORTE LUEGO DE DESCUENTOS A SOCIOS    $    5,803.28

DUEÑO
CAMION    ABIDAN SANTIAGO ROSA

LA SIGUIENTE TABLA LE AYUDARA A ACOGERSE AL DESCUENTO POR PRONTO PAGO QUE MAS LE CONVENGA DE
ACUERDO CON LA FECHA DEL PAGO.

TABLA DE DESCUENTO:

| | | 30 DIAS NETO |
|---|---|---|
| SI PAGA PARA ESTA FECHA | | |
| TIENE UN DESCUENTO EN % EN | | 5,803.28 |
| DEL IMPORTE ARRIBA | | 5,803.28 |
| Y SE ECONOMIZA | | 5,803.28 |
| PARA UN NETO DE | | 207.69 |
| SUMAS PAGO POR ACARREO | | |
| OTROS | | 6,010.97 |
| PAGUE ESTE IMPORTE | | |

| COMPARTIMENTO | a partir de | junio | 9 | 2010 | todo | todo | CHEQUE | DEV. | tendrá un | cargo de | 15.00 |
| PRECINTO NUM. | | 27 | 28 | 29 | 30 | 31 | 30 | 31 | 32 | 232.13 | 33 |

CONTROL NUMERO
378641

**FEDERACION DE ASOCIACIONES PECUARIAS DE P.R., INC.**

PO BOX 2635
MAYAGUEZ, PR 00681-2635
TELEFONOS:
• MAYAGUEZ 834-9191
• 1-800-981-2104
FAX • (787) 833-1055

**CONDUCE**

| NUM. DE SOCIO | ZONA | FACTURANDO | VENDEDOR | CHOFER | CAMION | ORDEN NUM. | FECHA |
|---|---|---|---|---|---|---|---|

POR CONCEPTO DE:

VENDIDO Y ENTREGADO A:

| CANTIDAD | UNIDAD | DESCRIPCIÓN | LOTE | PRECIO UNIDAD | IMPORTE |
|---|---|---|---|---|---|

IMPORTE LUEGO DE DESCUENTOS A SOCIOS

CONTROL NUMERO
378641

**TABLA DE DESCUENTO:**

LA SIGUIENTE TABLA LE AYUDARA A ACOGERSE AL DESCUENTO POR PRONTO PAGO QUE MAS LE CONVENGA DE ACUERDO CON LA FECHA DEL PAGO.

SI PAGA PARA ESTA FECHA
TIENE UN DESCUENTO EN % EN
DEL IMPORTE ARRIBA
Y SE ECONOMIZA
PARA UN NETO DE
MAS PAGO POR ACARREO
OTROS
PAGUE ESTE IMPORTE

DUEÑO CAMION

PRECINTO NUM.



FEDERACION DE ASOCIACIONES PECUARIAS
DE P. R., INC.
P.O. BOX 2635
MALECON - ZONA PORTUARIA
MAYAGUEZ, P. R. 00681

Tels.: 787-834-9191
Fax: 787-833-1055
Telex: FAPPRR: 3452003

NO.

COMMODITY
FROM
TO
ADDRESS
REMARKS

INBOUND
OUTBOUND

DATE

TIME

DATE

TIME

LOAD NO.
WEIGHT BY

DRIVER    ON [ ]    OFF [ ]