**IVAN MARTINEZ DBA**
**VAQUERIA IVAN MARTINEZ**
HC 5 BOX 27133
CAMUY, PR 00627

2947

101-222/215

THIS CHECK IS DELIVERED IN
CONNECTION WITH THE FOLLOWING ACCOUNT (S)

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |

DATE Dic. 31, 12.

PAY TO THE
ORDER OF  A. P. L. C. P.                    $ 1,806.05

Milochacientos seis con ———— 05/100 DOLLARS

**BBVA**

Suc. Arecibo, Arecibo, PR

FOR  Fact. # - 006113 - 006118       Ivin Fco. _____

⑆002947⑆ ⑈021502228⑈080⑈

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500            CAMUY, P.R. 00627            TEL: 787-898-2027

NUM. CLIENTE 116395                         FACTURA NUM. 006113
IVAN FCO MARTINEZ                                    PAG: 1
HC-05 BOX 27133                TEL: 037-1
...
CAMUY, P.R. 00627-9110                   5/ENE/2013  10:48:16
                                         BALANCE ACTUAL  58,541.54
                  REF:                        MARICARMEN ZAMOT

| Ctda |  | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--|--------|-------------|--------|---------|
| * | 6 | 220006141 | BLOAT TREATMENT 12 OZ. | 4.15 | 24.90 |
| * | 1 | 230002430 | NATURAL E A D 250 | 36.20 | 36.20 |
| * | 1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 1 | 107032254 | ALPO 47 LB | 29.75 | 29.75 |
| * | 1 | 101005254 | AL GALOPE HORSE FEED 14% | 10.60 | 10.60 |
| * | 6 | 220003432 | SUERO CALCIO 23% 500 ML. | 3.95 | 23.70 |
|   | 6 | 100114150 | 85W 140 | 3.60 | 21.60 |
| * | 1 | 200009432 | IVOMEC PLUS 500 ML | 190.30 | 190.30 |
| * | 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * | 1 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.15 | 15.15 |

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500            CAMUY, P.R. 00627            TEL: 787-898-2027

NUM. CLIENTE 116395                         FACTURA NUM. 006113
IVAN FCO MARTINEZ                                    PAG: 2
HC-05 BOX 27133                TEL: 037-1
...
CAMUY, P.R. 00627-9110                   5/ENE/2013  10:48:16
                                         BALANCE ACTUAL  58,541.54
                  REF:                        MARICARMEN ZAMOT

| Ctda |  | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--|--------|-------------|--------|---------|
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * | 1 | 240010426 | EXCEDE 100 ML | 162.56 | 162.56 |
| * | 2 | 341804001 | KAMAR GRANDE | 61.85 | 123.70 |
| * | 20 | 260012001 | FASTRACK CALF. | 1.90 | 38.00 |
| * | 1 | 342306001 | DELVOTES P25 | 53.75 | 53.75 |
| * | 1 | 303061254 | JABON HC-10 (TANQUE) | 25.60 | 25.60 |
| * | 1 | 201001424 | FLUNIXAMINE 250ML PFIZER | 27.03 | 27.03 |
| * | 1 | 209907426 | DEXAMETHASONE 2MG X 100ML | 6.65 | 6.65 |
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 4 | 500214001 | PISTERO METAL REF P 564 | 4.05 | 16.20 |

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                  CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                         FACTURA NUM. 006113
IVAN FCO MARTINEZ                                      PAG: 3
HC-05 BOX 27133                  TEL: 037-1
...
CAMUY, P.R. 00627-9110                      5/ENE/2013  10:48:17
                                            BALANCE ACTUAL  58,541.54
                        REF:                    MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 200010426 | LUTALIZE 100ML. | 45.48 | 45.48 |
| * 2 | 341204008 | BANDAS EN NYLON | 8.10 | 16.20 |
| * 1 | 340101442 | JERINGUILLA 12 CC | .65 | .65 |
| * 1 | 230002430 | NATURAL E A D 250 | 36.20 | 36.20 |
| * 1 | 239902432 | VIT B COMPLEX FORT 500ML | 17.25 | 17.25 |


            VENTA EN EFECTIVO      DUPLICADO FACTURA      1070.02

    TAX EST.    2.43   TAX MUN.      .41     GRAN TOTAL    1072.86

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                          FACTURA NUM. 006113
IVAN FCO MARTINEZ                                      PAG: 4
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110

NUMERO DE REGISTRO:  0199509 0010
 CODIGO NAICS 112120
NOTA: * PARTIDA TRIBUTABLE

                          AGRICULTOR BONA FIDE
Yo, IVAN FCO MARTINEZ              ,con numero de Registro de Comerciante
0199509 0010 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departemento de Hacienda.

NOTA: Sustituye forma SC2916

                    _____

                    FIRMA DEL COMERCIANTE COMPRADOR

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500        CAMUY, P.R. 00627        TEL: 787-898-2027

NUM. CLIENTE 116395        FACTURA NUM. 006118

IVAN FCO MARTINEZ        PAG: 1
HC-05 BOX 27133
...         TEL: 037-1
CAMUY, P.R. 00627-9110

5/ENE/2013  10:53:40
BALANCE ACTUAL  58,541.54
REF:        MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 1 | 107051142 | GALLETAS EUKANUBA ADULTO | 3.50 | 3.50 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 1 | 279942500 | ALCOHOL 99% 1 GAL. | 14.10 | 14.10 |
| * 2 | 341602025 | GUANTES DE INSEMINAR | 11.70 | 23.40 |
| * 8 | 341505014 | VARILLAS ENSEMINAR | 4.85 | 38.80 |
| * 2 | 341501014 | VARILLAS TRATAMIENTO IND. | 5.45 | 10.90 |
| * 1 | 502206001 | BOTAS RED BOLT | 13.39 | 13.39 |
| * 1 | 405045515 | GLY 4 PLUS 2.5GAL | 50.65 | 50.65 |
| * 1 | 200021001 | NOROMECTIN POUR ON 5LITER | 78.35 | 78.35 |
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| * 1 | 280006124 | FASTRACK LIQUID SUPLEMENTE | 37.05 | 37.05 |

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500        CAMUY, P.R. 00627        TEL: 787-898-2027

NUM. CLIENTE 116395        FACTURA NUM. 006118

IVAN FCO MARTINEZ        PAG: 2
HC-05 BOX 27133
...         TEL: 037-1
CAMUY, P.R. 00627-9110

5/ENE/2013  10:53:40
BALANCE ACTUAL  58,541.54
REF:        MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 361004150 | SHAMPOO GOLDEN APPLE 32oz | 2.35 | 2.35 |
| * 2 | 341804001 | KAMAR GRANDE | 61.85 | 123.70 |
| * 1 | 289902120 | DURAMYCIN-10 | 5.45 | 5.45 |
| * 1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * 7 | 280010001 | RE-SORB | 2.30 | 16.10 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500            CAMUY, P.R. 00627            TEL: 787-898-2027

NUM. CLIENTE 116395                      FACTURA NUM. 006118
IVAN FCO MARTINEZ                                    PAG: 3
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110                   5/ENE/2013  10:53:41
                                         BALANCE ACTUAL  58,541.54
                  REF:                   MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 2 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.15 | 30.30 |
| * 1 | 341314001 | PANTALLAS Z TAG | 28.10 | 28.10 |
| * 11 | 280010001 | RE-SORB | 2.30 | 25.30 |
| * 2 | 289902120 | DURAMYCIN-10 | 5.45 | 10.90 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |

VENTA EN EFECTIVO      DUPLICADO FACTURA      732.78

TAX EST.    .35  TAX MUN.    .06   GRAN TOTAL    733.19

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500            CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 006118
IVAN FCO MARTINEZ                                PAG: 4
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110

NUMERO DE REGISTRO:  0199509 0010
  CODIGO NAICS 112120
NOTA: * PARTIDA TRIBUTABLE

                      AGRICULTOR BONA FIDE
Yo, IVAN FCO MARTINEZ            ,con numero de Registro de Comerciante
0199509 0010 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departemento de Hacienda.

NOTA: Sustituye forma SC2916

                    _____
                  `  FIRMA DEL COMERCIANTE COMPRADOR

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                        FACTURA NUM. 000000
IVAN FCO MARTINEZ                                      PAG: 1
HC-05 BOX 27133                  TEL: 037-1
...
CAMUY, P.R. 00627-9110                          3/ENE/2013  15:55:40
                                              BALANCE ACTUAL
                    REF: COTIZACION           MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 1 | 107051142 | GALLETAS EUKANUBA ADULTO | 3.50 | 3.50 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 1 | 279942500 | ALCOHOL 99% 1 GAL. | 14.10 | 14.10 |
| * 2 | 341602025 | GUANTES DE INSEMINAR | 11.70 | 23.40 |
| * 8 | 341505014 | VARILLAS ENSEMINAR | 4.85 | 38.80 |
| * 2 | 341501014 | VARILLAS TRATAMIENTO IND. | 5.45 | 10.90 |
| * 1 | 502206001 | BOTAS RED BOLT | 13.39 | 13.39 |
| * 1 | 405045515 | GLY 4 PLUS 2.5GAL | 50.65 | 50.65 |
| * 1 | 200021001 | NOROMECTIN POUR ON 5LITER | 78.35 | 78.35 |
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| * 1 | 280006124 | FASTRACK LIQUID SUPLEMENTE | 37.05 | 37.05 |

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                        FACTURA NUM. 000000
IVAN FCO MARTINEZ                                      PAG: 2
HC-05 BOX 27133                  TEL: 037-1
...
CAMUY, P.R. 00627-9110                          3/ENE/2013  15:55:40
                                              BALANCE ACTUAL
                    REF: COTIZACION           MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 361004150 | SHAMPOO GOLDEN APPLE 32oz | 2.35 | 2.35 |
| * 2 | 341804001 | KAMAR GRANDE | 61.85 | 123.70 |
| * 1 | 289902120 | DURAMYCIN-10 | 5.45 | 5.45 |
| * 1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * 7 | 280010001 | RE-SORB | 2.30 | 16.10 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                          FACTURA NUM. 000000
IVAN FCO MARTINEZ                                        PAG: 3
HC-05 BOX 27133                    TEL: 037-1
...
CAMUY, P.R. 00627-9110                       3/ENE/2013  15:55:41
                                             BALANCE ACTUAL
                    REF: COTIZACION           MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 2 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.15 | 30.30 |
| * 1 | 341314001 | PANTALLAS Z TAG | 28.10 | 28.10 |
| * 11 | 280010001 | RE-SORB | 2.30 | 25.30 |
| * 2 | 289902120 | DURAMYCIN-10 | 5.45 | 10.90 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |

COTIZACION                                    732.78

TAX EST.    .35   TAX MUN.    .06    GRAN TOTAL    733.19

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500          CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                                    PAG: 1
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                26/DIC/2012  15:09:45
                                     BALANCE ACTUAL
                         REF: COTIZACION    JOSE ROSAS

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * 2 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.15 | 30.30 |
| * 1 | 341314001 | PANTALLAS Z TAG | 28.10 | 28.10 |
| * 11 | 280010001 | RE-SORB | 2.30 | 25.30 |
| * 2 | 289902120 | DURAMYCIN-10 | 5.45 | 10.90 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |

COTIZACION                                      140.70

TAX EST.    .00   TAX MUN.    .00    GRAN TOTAL   140.70

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                        FACTURA NUM. 000000
IVAN FCO MARTINEZ                                      PAG: 1
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                       24/DIC/2012  08:58:11
                                             BALANCE ACTUAL
            REF: COTIZACION                  EDUARDO GALAN

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| *  2 | 341804001 | KAMAR GRANDE | 74.80 | 149.60 |
| *  1 | 289902120 | DURAMYCIN-10 | 5.45 | 5.45 |
| *  1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| *  1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| *  7 | 280010001 | RE-SORB | 2.30 | 16.10 |
| *  1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |

COTIZACION                                           270.20

TAX EST.    .00   TAX MUN.    .00      GRAN TOTAL   270.20

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500              CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                        FACTURA NUM. 000000
IVAN FCO MARTINEZ                                    PAG: 1
HC-05 BOX 27133                  TEL: 037-1
...
CAMUY, P.R. 00627-9110                    15/DIC/2012  10:03:35
                                          BALANCE ACTUAL
                REF: COTIZACION            MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| * 1 | 280006124 | FASTRACK LIQUID SUPLEMENTE | 37.05 | 37.05 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |

① Shampoo Golden 34 1004150    22/Dic./12

SHAMPOO GOLDEN    2.35
361004150

COTIZACION                                        103.49

TAX EST.   .00   TAX MUN.   .00   GRAN TOTAL   103.49

Juan Lu Reg B

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627            TEL: 787-898-2027

NUM. CLIENTE 127113                      FACTURA NUM. 000000
IVAN E MARTINEZ CORDERO                          PAG: 1
HC 05 BOX 25423              TEL: 246-3683
ZANJA CAMUY P.R.00627

                                        14/DIC/2012  16:26:19
                                        BALANCE ACTUAL    296.10
                REF: COTIZACION             EDUARDO GALAN

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 405045515 | GLY 4 PLUS 2.5GAL | 50.65 | 50.65 |
| * 1 | 200021001 | NOROMECTIN POUR ON 5LITER | 78.35 | 78.35 |

COTIZACION                                        129.00

TAX EST.    .00   TAX MUN.     .00    GRAN TOTAL   129.00

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500              CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                      FACTURA NUM. 000000
IVAN FCO MARTINEZ                                PAG: 1
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                    15/DIC/2012  14:39:00
                                          BALANCE ACTUAL
                  REF: COTIZACION          JOSE ROSAS

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * | 1 107051142 | GALLETAS EUKANUBA ADULTO | 3.47 | 3.47 |
| * | 1 229906500 | KAOPECTIN EN GAL. | 9.35 | 9.35 |
| * | 1 279942500 | ALCOHOL 99% 1 GAL. | 14.10 | 14.10 |
| * | 2.341602025 | GUANTES DE INSEMINAR | 11.70 | 23.40 |
| * | 8 341505014 | VARILLAS ENSEMINAR | 4.85 | 38.80 |
| * | 2 341501014 | VARILLAS TRATAMIENTO IND. | 5.45 | 10.90 |
| * | 1 502206001 | BOTAS RED BOLT | 13.39 | 13.39 |

COTIZACION                                   113.41

TAX EST.     .21   TAX MUN.     .03    GRAN TOTAL    113.65

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627           TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 1
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                   3/ENE/2013  15:49:18
                                         BALANCE ACTUAL
               REF: COTIZACION           MARICARMEN ZAMOT

| Ctda | | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|---|
| * | 6 | 220006141 | BLOAT TREATMENT 12 OZ. | 4.15 | 24.90 |
| * | 1 | 230002430 | NATURAL E A D 250 | 36.20 | 36.20 |
| * | 1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 1 | 107032254 | ALPO 47 LB | 29.75 | 29.75 |
| * | 1 | 101005254 | AL GALOPE HORSE FEED 14% | 10.60 | 10.60 |
| * | 6 | 220003432 | SUERO CALCIO 23% 500 ML. | 3.95 | 23.70 |
| | 6 | 600114150 | 85W 140 | 3.60 | 21.60 |
| * | 1 | 200009432 | IVOMEC PLUS 500 ML | 190.30 | 190.30 |
| * | 1 | 229906500 | KAOPECTIN EN GAL. | 8.85 | 8.85 |
| * | 1 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.15 | 15.15 |

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627           TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 2
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                   3/ENE/2013  15:49:18
                                         BALANCE ACTUAL
               REF: COTIZACION           MARICARMEN ZAMOT

| Ctda | | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|---|
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * | 1 | 240010426 | EXCEDE 100 ML | 162.56 | 162.56 |
| * | 2 | 341804001 | KAMAR GRANDE | 61.85 | 123.70 |
| * | 20 | 260012001 | FASTRACK CALF. | 1.90 | 38.00 |
| * | 1 | 342306001 | DELVOTES P25 | 53.75 | 53.75 |
| * | 1 | 303061254 | JABON HC-10 (TANQUE) | 25.60 | 25.60 |
| * | 1 | 201001424 | FLUNIXAMINE 250ML PFIZER | 27.03 | 27.03 |
| * | 1 | 209907426 | DEXAMETHASONE 2MG X 100ML | 6.65 | 6.65 |
| * | 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * | 4 | 500214001 | PISTERO METAL REF P 564 | 4.05 | 16.20 |

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500              CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                                PAG: 3
HC-05 BOX 27133              TEL: 037-1
...
CAMUY, P.R. 00627-9110                    3/ENE/2013  15:49:18
                                          BALANCE ACTUAL
                    REF: COTIZACION        MARICARMEN ZAMOT
Ctda    Codigo              Descripcion         PRECIO    IMPORTE
*    25 260003000      BOLOS SUSTAIN 111 DIAREA   1.00     25.00
*     1 200010426      LUTALIZE 100ML.           45.48     45.48
*     2 341204008      BANDAS EN NYLON            8.10     16.20
*     1 340101442      JERINGUILLA 12 CC           .65       .65
*     1 230002430      NATURAL E A D 250         36.20     36.20
*     1 239902432      VIT B COMPLEX FORT 500ML  17.25     17.25


        COTIZACION                                  1070.02

   TAX EST.   2.43  TAX MUN.   .41    GRAN TOTAL   1072.86

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500          CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 1
HC-05 BOX 27133          TEL: 037-1
CAMUY, P.R. 00627-9110                 17/DIC/2012  07:34:29
                                       BALANCE ACTUAL
                                       JOSE ROSAS
          REF: COTIZACION

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 201001424 | FLUNIXAMINE 250ML PFIZER | 31.90 | 31.90 |
| * 1 | 209907426 | DEXAMETHASONE 2MG X 100ML | 8.50 | 8.50 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 14.50 | 14.50 |
| * 4 | 500214001 | PISTERO METAL REF P 564 | 4.05 | 16.20 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 200010426 | LUTALIZE 100ML. | 50.50 | 50.50 |



(1) Vitamina A E-D (Jos)     (2) Bardos  341204008
(1) complejo B. grande       (1) Jeringuilla 12cc
          COTIZACION                              146.60

TAX EST.    .00   TAX MUN.    .00   GRAN TOTAL   146.60

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                 CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                           FACTURA NUM. 000000
IVAN FCO MARTINEZ                                      PAG: 1
HC-05 BOX 27133                TEL: 037-1
...
CAMUY, P.R. 00627-9110                      18/DIC/2012  14:29:57
                                            BALANCE ACTUAL
                                            MARICARMEN ZAMOT
                    REF: COTIZACION
Ctda    Codigo              Descripcion              PRECIO    IMPORTE
*    2  341804001      KAMAR GRANDE                   59.80    119.60
*   20  260012001      FASTRACK CALF.                  1.90     38.00
*    1  342306001      DELVOTES P25                   55.55     55.55
*    1  303061254      JABON HC-10 (TANQUE)           25.60     25.60


     COTIZACION                                        238.75

  TAX EST.      .00  TAX MUN.      .00   GRAN TOTAL     238.75



## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500             CAMUY, P.R. 00627             TEL: 787-898-2027

NUM. CLIENTE 116395                     FACTURA NUM. 000000
IVAN FCO MARTINEZ                                PAG: 1
HC-05 BOX 27133               TEL: 037-1
...
CAMUY, P.R. 00627-9110                   19/DIC/2012  09:56:04
                                         BALANCE ACTUAL
                    REF: COTIZACION       EDUARDO GALAN

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 240010426 | EXCEDE 100 ML | 180.45 | 180.45 |


COTIZACION                              180.45

TAX EST.    .00   TAX MUN.    .00    GRAN TOTAL   180.45

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500             CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                        FACTURA NUM. 000000
IVAN FCO MARTINEZ                                     PAG: 1
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110
                                      20/DIC/2012  13:29:37
                                      BALANCE ACTUAL   5,117.99
                REF: COTIZACION        MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|------|--------|-------------|--------|---------|
| * 1 | 200009432 | IVOMEC PLUS 500 ML | 190.30 | 190.30 |
| * 1 | 229906500 | KAOPECTIN EN GAL. | 9.35 | 9.35 |
| * 1 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.90 | 15.90 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 14.50 | 14.50 |
| (25) | 260003000 | Bolos Sustain III | 1.00 | 25.00 |


             COTIZACION                           230.05

   TAX EST.     .00  TAX MUN.     .00   GRAN TOTAL  230.05

# ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500        CAMUY, P.R. 00627      TEL: 787-898-2027

NUM. CLIENTE 116395           FACTURA NUM. 000000
IVAN FCO MARTINEZ                   PAG: 1
HC-05 BOX 27133      TEL: 037-1
...
CAMUY, P.R. 00627-9110        22/DIC/2012  09:42:02
                     BALANCE ACTUAL
      REF: COTIZACION        JOSE ROSAS

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 6 | 220006141 | BLOAT TREATMENT 12 OZ. | 4.15 | 24.90 |
| * 1 | 230002430 | NATURAL E A D 250 | 36.20 | 36.20 |
| * 1 | 200016430 | NORO-MYCIN 300 LA250ML | 52.95 | 52.95 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 12.25 | 12.25 |
| * 1 | 107032254 | ALPO 47 LB | 29.75 | 29.75 |
| * 1 | 101005254 | AL GALOPE HORSE FEED 14% | 10.60 | 10.60 |

COTIZACION                           166.65

TAX EST.   2.43   TAX MUN.    .41    GRAN TOTAL    169.49