| THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT (S) | | |
|---|---|---|
| DATE | | AMOUNT |
| | | |

**IVAN MARTINEZ DBA**
**VAQUERIA IVAN MARTINEZ**
HC 5 BOX 27133
CAMUY, PR 00627

2916
101-222/215

DATE Dec. 22, 12.

PAY TO THE ORDER OF A.P.L.C.Q. _____ $ 1,613.27

Mil seis cientos trece cm —— 27/100 DOLLARS

**BBVA**
Suc. Arecibo, Arecibo, PR

FOR Fact. 004014 - 004015

Ivan Fco. [signature]

⑆002916⑆ ⑉021502228⑉080⑊

Chque # 2916

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500  CAMUY, P.R. 00627  TEL: 787-898-2027

NUM. CLIENTE 116395　　　　　　　　　　FACTURA NUM. 004014
IVAN FCO MARTINEZ　　　　　　　　　　　PAG: 1
HC-05 BOX 27133　　TEL: 037-1
CAMUY, P.R. 00627-9110
　　　　　　　　　　　　　　　　22/DIC/2012  12:08:25
　　LICENCIA　　FECHA 00 00 0000　BALANCE ACTUAL  58,541.54
　　　REF:　　　　　　　　　　　　MARICARMEN ZAMOT

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---:|---:|
| * 1 | 600906001 | JR7 DEGREASER 32 OZ. | 2.55 | 2.55 |
| * 1 | 405045515 | GLY 4 PLUS 2.5GAL | 50.65 | 50.65 |
| * 1 | 405007515 | FORE FRONT RP 2.5GL | 134.10 | 134.10 |
| * 2 | 500901620 | TAPE ALUMINIO | 4.65 | 9.30 |
| * 3 | 250011408 | POMOS QUARTERMASTER X DOZ | 24.46 | 73.38 |
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| * 1 | 200009432 | IVOMEC PLUS 500 ML | 190.30 | 190.30 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 2 | 200027432 | VALBAZEN 500 ML. | 34.16 | 68.32 |
| * 2 | 341804001 | KAMAR GRANDE | 74.80 | 149.60 |
| * 1 | 320203001 | FILTROS LECHE 4 X 33 | 30.10 | 30.10 |
| * 50 | 340207001 | AGUJA METAL DESRCHABLES | .20 | 10.00 |
| * 2 | 320101001 | SERVILLETAS X CAJAS | 20.05 | 40.10 |
| * 1 | 341314001 | PANTALLAS Z TAG | 28.10 | 28.10 |
| * 2 | 200027432 | VALBAZEN 500 ML. | 34.16 | 68.32 |
| * 1 | 230002430 | NATURAL E A D 250 | 36.20 | 36.20 |
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 1 | 341315001 | PANTALLAS Z TAG PEQUE | 22.95 | 22.95 |
| * 1 | 101005254 | AL GALOPE HORSE FEED 14% | 10.60 | 10.60 |
| * 1 | 107032254 | ALPO 47 LB | 29.75 | 29.75 |
| * 1 | 101005254 | AL GALOPE HORSE FEED 14% | 10.60 | 10.60 |
| * 1 | 107032254 | ALPO 47 LB | 29.75 | 29.75 |
| * 1 | 250015408 | POMOS PIRSUE X 20 | 41.44 | 41.44 |
| | 1 341601005 | GUANTES NEGRO | 0.30 | 0.30 |

```
         VENTA EN EFECTIVO      DUPLICADO FACTURA    1184.89
TAX EST.    5.42   TAX MUN.      .91    GRAN TOTAL   1191.22


        ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA
   HC05 BOX 27500       CAMUY, P.R. 00627      TEL: 787-898-2027
NUM. CLIENTE 116395                      FACTURA NM. 004014
IVAN FCO MARTINEZ
HC-05 BOX 27133          TEL: 037-1
CAMUY, P.R. 00627-9110

NUMERO DE REGISTRO: 0199509 0010
  CODIGO NAICS 112120
NOTA: * PARTIDA TRIBUTABLE

                        AGRICULTOR BONA FIDE
Yo, IVAN FCO MARTINEZ              , con numero de Registro de Comerc
0199509 0010 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departemento de Hacier

NOTA: Sustituye forma SC2916
                         _____
                         FIRMA DEL COMERCIANTE COMPRADO
```

1,191.22
  422.05
1,613.27

```
         ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

     HC05 BOX 27500         CAMUY, P.R. 00627         TEL: 787-898-2027
NUM. CLIENTE 116395                          FACTURA NUM. 004015
IVAN FCO MARTINEZ                                    PAG: 1
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110                       22/DIC/2012  12:08:39
                                             BALANCE ACTUAL 58,541.54
                    REF:                         MARICARMEN ZAMOT
 Ctda   Codigo            Descripcion                   PRECIO    IMPORTE
*    2  341701014   TUBOS ESTERILES                      5.80      11.60
*    1  341603001   DELANTARES VERDES                    8.70       8.70
     1  600115530   UNIVERSAL TRAC FLUIT 5GAL 303       48.25      48.25
*    2  320101001   SERVILLETAS X CAJAS                 20.05      40.10
*    1  331001001   TCR INITIATOR BODY 250              53.15      53.15
*    1  340701032   CANULAS DESECHABLES                  5.30       5.30
*    2  341804001   KAMAR GRANDE                        74.80     149.60
*    1  209908430   AGRI-CILLIN 250 ML.                 12.25      12.25
*    1  280016001   ELECTROLITOS PAILITA                28.00      28.00
*   25  260003000   BOLOS SUSTAIN 111 DIAREA             1.00      25.00
*    2  320101001   SERVILLETAS X CAJAS                 20.05      40.10
```

```
         ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

     HC05 BOX 27500         CAMUY, P.R. 00627         TEL: 787-898-2027
NUM. CLIENTE 116395                          FACTURA NUM. 004015
IVAN FCO MARTINEZ                                    PAG: 2
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110                       22/DIC/2012  12:08:39
                                             BALANCE ACTUAL 58,541.54
                    REF:                         MARICARMEN ZAMOT
 Ctda   Codigo            Descripcion                   PRECIO    IMPORTE




            VENTA EN EFECTIVO         DUPLICADO FACTURA      422.05
       TAX EST.    .00  TAX MUN.     .00    GRAN TOTAL       422.05
```

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500          CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 004015
IVAN FCO MARTINEZ                                  PAG: 3
HC-05 BOX 27133         TEL: 037-1
CAMUY, P.R. 00627-9110

NUMERO DE REGISTRO: 0199509 0010
  CODIGO NAICS 112120
NOTA: * PARTIDA TRIBUTABLE

AGRICULTOR BONA FIDE
Yo, IVAN FCO MARTINEZ                ,con numero de Registro de Comerciante
0199509 0010 , certifico que compre las partidas tributables aqui
indicadas libres del pago del IVU para uso Agricola;
pero si luego las uso o consumo para fines no exentos, informare y
y pagare el impuesto sobre uso directamente al Departamento de Hacienda.

NOTA: Sustituye forma SC2916

                              _____
                              FIRMA DEL COMERCIANTE COMPRADOR

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500          CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                                PAG: 1
HC-05 BOX 27133          TEL: 037-1

CAMUY, P.R. 00627-9110                 13/DIC/2012  10:34:38
                                       BALANCE ACTUAL   2,494.52
              REF: COTIZACION          EDUARDO GALAN

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 1 | 340701032 | CANULAS DESECHABLES | 5.30 | 5.30 |
| * 2 | 341804001 | KAMAR GRANDE | 59.80 | 119.60 |
| * 1 | 209908430 | AGRI-CILLIN 250 ML. | 14.50 | 14.50 |
| * 1 | 209902432 | AGRIMICIN 100 MG X 500 ML | 15.90 | 15.90 |
| * 1 | 280016001 | ELECTROLITOS PAILITA | 28.00 | 28.00 |
| * 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * 2 | 320101001 | SERVILLETAS X CAJAS | 20.05 | 40.10 |

COTIZACION                                         248.40
TAX EST.   .00   TAX MUN.   .00   GRAN TOTAL      248.40

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500                CAMUY, P.R. 00627              TEL: 787-898-2027

NUM. CLIENTE 116395                                FACTURA NUM. 000000
IVAN FCO MARTINEZ                                          PAG: 1
HC-05 BOX 27133            TEL: 037-1

CAMUY, P.R. 00627-9110                        14/DIC/2012  11:01:11
                                              BALANCE ACTUAL  2,008.99
              REF: COTIZACION                      JOSE ROSAS

| Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|
| * 1 | 250015408 | POMOS PIRSUE X 20 | 46.00 | 46.00 |
| * 1 | 341601025 | GUANTES NEGRO | 9.30 | 9.30 |
| * 1 | 331008001 | TCR PISTON BACK-UP 224-NS | 6.60 | 6.60 |
| * 2 | 341701014 | TUBOS ESTERILES | 5.80 | 11.60 |
| * 1 | 341603001 | DELANTARES VERDES | 8.70 | 8.70 |
| 1 | 600115530 | UNIVERSAL TRAC FLUIT 5GAL 303 | 48.25 | 48.25 |
| * 2 | 320101001 | SERVILLETAS X CAJAS | 20.05 | 40.10 |
| * 1 | 331001001 | TCR INITIATOR BODY 250 | 53.15 | 53.15 |

COTIZACION                                                 223.70

TAX EST.    .00   TAX MUN.     .00    GRAN TOTAL          223.70

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500          CAMUY, P.R. 00627          TEL: 787-898-2027

NUM. CLIENTE 116395                         FACTURA NUM. 000000
IVAN FCO MARTINEZ                                 PAG: 1
HC-05 BOX 27133         TEL: 037-1
CAMUY, P.R. 00627-9110
                                            17/DIC/2012  16:12:16
                                            BALANCE ACTUAL
                    REF: COTIZACION          MARICARMEN ZAMOT

```
 Ctda  Codigo         Descripcion                    PRECIO    IMPORTE
*   1  101005254    AL GALOPE HORSE FEED 14%          10.60      10.60
*   1  107032254    ALPO 47 LB                        29.75      29.75
```

COTIZACION                                                      40.35
TAX EST.   2.43   TAX MUN.   .41      GRAN TOTAL               43.19

*[signature]*

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500            CAMUY, P.R. 00627            TEL: 787-898-2027

NUM. CLIENTE 116395                         FACTURA NUM. 000000
IVAN FCO MARTINEZ                                    PAG: 1
HC-05 BOX 27133          TEL: 037-1

CAMUY, P.R. 00627-9110                  12/DIC/2012  10:30:33
                                         BALANCE ACTUAL
              REF: COTIZACION             MARICARMEN ZAMOT

| Ctda | Codigo    | Descripcion           | PRECIO | IMPORTE |
|------|-----------|-----------------------|--------|---------|
| * 1  | 101005254 | AL GALOPE HORSE FEED 14% | 10.60  | 10.60   |
| * 1  | 107032254 | ALPO 47 LB            | 29.75  | 29.75   |

        COTIZACION                                    40.35
    TAX EST.   2.43   TAX MUN.    .41   GRAN TOTAL   43.19

```
              ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA
     HC05 BOX 27500           CAMUY, P.R. 00627          TEL: 787-898-2027
NUM. CLIENTE 116395                          FACTURA NUM. 000000
IVAN FCO MARTINEZ                                       PAG: 1
HC-05 BOX 27133              TEL: 037-1

CAMUY, P.R. 00627-9110
                                             11/DIC/2012  12:54:24
                                             BALANCE ACTUAL    2,437.58
                       REF: COTIZACION          MARICARMEN ZAMOT
  Ctda   Codigo             Descripcion                  PRECIO     IMPORTE
*    1   250015408     POMOS PIRSUE X 20                  41.44      41.44
*   25   260003000     BOLOS SUSTAIN 111 DIAREA            1.00      25.00
*    1   341315001     PANTALLAS Z TAG PEQUE              22.95      22.95



        COTIZACION                                                  89.39
    TAX EST.    .00  TAX MUN.     .00      GRAN TOTAL               89.39
```



ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500         CAMUY, P.R. 00627         TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 1
HC-05 BOX 27133         TEL: 037-1
CAMUY, P.R. 00627-9110
                                       10/DIC/2012  11:04:04
                                       BALANCE ACTUAL   5,243.77
              REF: COTIZACION          MARICARMEN ZAMOT

| Ctda | Codigo    | Descripcion       | PRECIO | IMPORTE |
|------|-----------|-------------------|--------|---------|
| * 2  | 200027432 | VALBAZEN 500 ML.  | 34.16  | 68.32   |
| * 1  | 230002430 | NATURAL E A D 250 | 36.55  | 36.55   |

         COTIZACION                                    104.87
   TAX EST.    .00   TAX MUN.    .00    GRAN TOTAL     104.87

## ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500      CAMUY, P.R. 00627      TEL: 787-898-2027

NUM. CLIENTE 116395            FACTURA NUM. 000000
IVAN FCO MARTINEZ                               PAG: 1
HC-05 BOX 27133      TEL: 037-1
CAMUY, P.R. 00627-9110                 7/DIC/2012 10:11:53
       LICENCIA      FECHA 00 00 0000      BALANCE ACTUAL
           REF: COTIZACION                EDUARDO GALAN

| | Ctda | Codigo | Descripcion | PRECIO | IMPORTE |
|---|---|---|---|---|---|
| * | 3 | 250011408 | POMOS QUARTERMASTER X DOZ | 27.15 | 81.45 |
| * | 1 | 250015408 | POMOS PIRSUE X 20 | 46.00 | 46.00 |
| * | 1 | 200009432 | IVOMEC PLUS 500 ML | 190.30 | 190.30 |
| * | 25 | 260003000 | BOLOS SUSTAIN 111 DIAREA | 1.00 | 25.00 |
| * | 2 | 200027432 | VALBAZEN 500 ML. | 37.90 | 75.80 |
| * | 2 | 341804001 | KAMAR GRANDE | 59.80 | 119.60 |
| * | 1 | 320203001 | FILTROS LECHE 4 X 33 | 30.10 | 30.10 |
| * | 50 | 340207001 | AGUJA METAL DESRCHABLES | .20 | 10.00 |
| * | 2 | 320101001 | SERVILLETAS X CAJAS | 20.05 | 40.10 |

① 341314001  2 tag grande  7/12/12

     COTIZACION                                         618.35
TAX EST.     .00     TAX MUN.     .00      GRAN TOTAL     618.35

Juan La Rodry Rz-
787-396-3019

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500    CAMUY, P.R. 00627    TEL: 787-898-2027

NUM. CLIENTE 116395                    FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 1
HC-05 BOX 27133    TEL: 037-1
CAMUY, P.R. 00627-9110
                                       7/DIC/2012  11:12:24
                                       BALANCE ACTUAL
            REF: COTIZACION            MARICARMEN ZAMOT
 Ctda  Codigo         Descripcion                PRECIO   IMPORTE
*   2  500901620      TAPE ALUMINIO               4.65      9.30


           COTIZACION                                        9.30
    TAX EST.    .56  TAX MUN.    .09   GRAN TOTAL            9.95

ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

HC05 BOX 27500         CAMUY, P.R. 00627         TEL: 787-898-2027

NUM. CLIENTE 116395                     FACTURA NUM. 000000
IVAN FCO MARTINEZ                              PAG: 1
HC-05 BOX 27133        TEL: 037-1
CAMUY, P.R. 00627-9110
                                        13/DIC/2012  10:40:30
                                        BALANCE ACTUAL   2,532.32
                REF: COTIZACION         MARICARMEN ZAMOT
 Ctda   Codigo          Descripcion                PRECIO    IMPORTE
*   1  405045515    GLY 4 PLUS 2.5GAL               50.65      50.65
*   1  405007515    FORE FRONT RP 2.5GL            134.10     134.10


        COTIZACION                                          184.75
 TAX EST.     .00   TAX MUN.     .00    GRAN TOTAL          184.75

```
         ASOC. PROD. DE LECHE CAMUY / QUEBRADILLA

      HC05 BOX 27500           CAMUY, P.R. 00627        TEL: 787-898-2027
NUM. CLIENTE 116395                              FACTURA NUM. 000000
IVAN FCO MARTINEZ                                      PAG: 1
HC-05 BOX 27133            TEL: 037-1
...
CAMUY, P.R. 00627-9110                      13/DIC/2012  07:23:11
                                            BALANCE ACTUAL
                    REF: COTIZACION         JOSE ROSAS
 Ctda   Codigo             Descripcion                   PRECIO    IMPORTE
*   1  600906001      JR7 DEGREASER 32 OZ.                 2.55       2.55
```

```
         COTIZACION                                                2.55
    TAX EST.    .00  TAX MUN.    .00     GRAN TOTAL                2.55
```

$1,613.27